ELIZABETH M. CHASE ET AL., APPELLEES, AND JOHN
McMANIGAL, APPELLANT, V. FRANK M. MILES ET
AL., APPELLEES.

FILED FEBRUARY 5, 1895.    No. 5837.

**Res Adjudicata.**    A judgment rendered by a court which had jur-
isdiction of the parties and of the subject-matter, as between
such parties, conclusively settled all questions litigated, subject
only to the contingency of a reversal or modification in the same
proceeding.

APPEAL from the district court of Lancaster county.
Heard below before TIBBETS, J.

*Marquett, Deweese & Hall* and *Sawyer & Snell,* for ap-
pellant.

*Pound & Burr, contra.*

RYAN, C.

This action was brought in the district court of Lancas-
ter county by Elizabeth Chase and others against Frank
M. Miles, L. C. Burr, and Hiland H. Wheeler, to enjoin
the defendants from the commission of certain contemplated
acts which, as was alleged, would tend to impair the rights
to, and cloud the title of, plaintiffs as to the lot of which
each plaintiff was described as the owner.    L. C. Burr and
Hiland H. Wheeler filed a disclaimer and thenceforward
the rights of Frank M. Miles alone were involved.    It is
stated in the briefs submitted that a settlement has been
made of all the rights of each plaintiff except John Mc-
Manigal.    This statement we therefore assume to be cor-
rect.    Against McManigal's contentions as to the facts and
prayer for relief the decree of the district court was adverse
and he brings his case for review to this court by appeal.

There are presented for review several questions, but in the view we take of the matter but one can receive our consideration. Before this suit was instituted there was begun, in the circuit court of the United States for the district of Nebraska, an action of ejectment by Frank M. Miles against John McManigal for the possession of lot 7, block 30, in the city of Lincoln,—the identical property which is the subject-matter of this appeal. In this action in the federal court there was in favor of F. M. Miles a verdict and a judgment regularly entered prior to the commencement of this action. With this verdict there were special findings upon all the issues presented which involved the right of Miles to prosecute his action in the circuit court of the United States aforesaid. These findings negative the propositions of fact now urged by appellant. As there has been shown no reversal or modification of this judgment it must be conclusively assumed that before this action was begun there had been, in a court having jurisdiction both of the subject-matter and parties, a final determination of all the questions now presented. (*Bryant v. Estabrook*, 16 Neb., 217; *Hilton v. Bachman*, 24 Neb., 490; *Yeatman v. Yeatman*, 35 Neb., 422; *Taylor v. Coots*, 32 Neb., 30; *Smithson v. Smithson*, 37 Neb., 535.) The judgment of the district court is

AFFIRMED.